STATE OF NEVADA Ex Rel. NEVADA DOUGLASS
GOLD MINES, Incorporated, *v.* THE DISTRICT
COURT OF THE SEVENTH JUDICIAL DIS-
TRICT, In and For Mineral County, Et Al.

No. 2855

January 18, 1929.                                              273 P. 661.

*Cyrus A. Hovey,* of Los Angeles, Calif., and *Green &
Lunsford,* of Reno, for Petitioner.

*C. C. Ward,* of Mina, and *M. A. Diskin,* Attorney-
General, for Respondents.

## OPINION

By the Court, Coleman, J.:

The facts in this matter are substantially the same
as in the proceeding No. 2856, 273 P. 659, of the same
title, this day decided, except that there has been no
sale under the judgment rendered. Upon authority of
the opinion in the matter mentioned, it is ordered that
the so-called judgment complained of in this proceeding
be and the same is hereby declared null and void and
held for naught. Applicant to have judgment for its
costs herein expended.